# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                   NO. 2022 KW 0969

VERSUS

GREGORY WAYNE COTTON                              **OCTOBER 24, 2022**

---

In Re:    Gregory Wayne Cotton, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 86-CRC-40823.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **PMc**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT